FILED
CLERK, U.S. DISTRICT COURT

APR 2 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARK WILLIAM JARAMILLO,<br><br>　　　　　Defendant. | CASE NO. CR-23-00186-JFW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

1    other persons or the community. Defendant poses a risk to the
2    safety of other persons or the community based on: or access to
3    nature of alleged violations — possession of
4    firearm and ammunition — of supervised
5    release; Significant number of devices
6    also in Defendant's residence.

7    

8    B. ( )   Defendant has failed to demonstrate by clear and convincing
9             evidence that he is not likely to flee if released. Defendant poses
10            a flight risk based on:_____

        IT IS ORDERED that defendant be detained.

DATED: April 27, 2023

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))